ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM, CSBN 147248
Assistant United States Attorney
　　　Room 7516, Federal Building
　　　Los Angeles, California 90012
　　　Telephone: (213) 894-2446
　　　Facsimile: (213) 894-7819
　　　Email: cedina.kim@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER PAUL ALBERT,<br><br>　　　Plaintiff (Pro Se),<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | SACV 11-01363 PJW<br><br>[PROPOSED]<br>ORDER TO DISMISS WITH<br>PREJUDICE COMPLAINT AND<br>ACTION |

　　　Based upon the Parties' Stipulation to Dismiss with Prejudice, filed concurrently herewith, and for good cause shown, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

DATED: 1/3/12

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　THE HONORABLE PATRICK J. WALSH
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).